EMERSON & MORGAN COAL MINING CORPORATION v. INTER-CITY FUEL Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten

dollars costs, and motion for stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.